```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------
DARLINE GERMAIN, as Administratrix of
the Estate of Feguens Germain, and
DARLINE GERMAIN, Individually,
                                         05 Civ 8089 (WGY)
                  Plaintiffs,
     -against-                           Order

VICTORIA TRUM, DENIS TRUM, VW CREDIT
LEASING, and VW CREDIT, INC.,

                  Defendants.
-------------------------------------
```

**WILLIAM G. YOUNG, United States District Judge.**[1]

After considering the Report and Recommendation of the Magistrate Judge and thoroughly reviewing the underlying record, this Court ADOPTS the recommendation of the Magistrate Judge. Accordingly, the motion of VW Credit, Inc. for summary judgment [Docket No. 30] is DENIED. The case will stand for trial.

SO ORDERED.

By the Court,

Dated:
January 5, 2009

William G. Young
United States District Judge

---

[1] Of the District of Massachusetts, sitting by designation.